**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DORA SMILEY,

    Plaintiff,                    CASE NO. 8:15-cv-00037-MSS-TBM

v.

MIDNIGHT VELVET, INC.

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

DORA SMILEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, MIDNIGHT VELVET, INC (Defendant), in this case.

                                  RESPECTFULLY SUBMITTED,

                                  By:  /s/ Shireen Hormozdi
                                       Shireen Hormozdi, Esq.
                                       FBN: 882461
                                       KROHN & MOSS, LTD.
                                       10474 Santa Monica Blvd, Suite 405
                                       Los Angeles, CA 90025
                                       T: (323) 988-2400 ext. 267
                                       F: (866) 861-1390
                                       shormozdi@consumerlawcenter.com
                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was sent via US Mail to the following:

Midnight Velvet, Inc.
1112 7th Ave
Monroe, WI 53566

s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
