**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DORA SMILEY,

    Plaintiff,

v.                                                Case No: 8:15-cv-37-T-35TBM

MIDNIGHT VELVET, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 11) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **dismissed without prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 4th day of March, 2015.

                                                  MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party